UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN BLASCZAK,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY A. SANCHEZ, et al.,<br><br>        Defendants. | Case No. EDCV 25-0462 KK (PVC)<br><br>**ORDER SUMMARILY DISMISSING ACTION AND CLOSING CASE** |

    Plaintiff initiated this action by filing a Complaint on February 12, 2025. (Dkt. No. 1).

    On May 15, 2025, the Court granted Plaintiff's request to proceed without prepayment of filing fees. (Dkt. No. 10). While the Court found Plaintiff is unable to prepay the *full* filing fee, it determined that an initial partial filing fee of $4.82 was due immediately. (*Id.*). The Court explicitly warned Plaintiff that this case would be dismissed if the partial filing fee was not received by **June 14, 2025**. (*Id.*). The deadline for paying the partial filing fee has expired, and Plaintiff has neither paid the partial filing fee nor requested an extension of time in which to do so.

Additionally, on February 25, 2025, Plaintiff was warned that pursuant to Local Rule 83-2.4, "the Court must be notified within five (5) days of any address change." (Dkt. No. 3). However, on June 2, 2025, mail addressed to Plaintiff's address of record was returned to the Court as "unable to forward." (Dkt. No. 12). To date, Plaintiff has not advised the Court of his current address.

Under Fed. R. Civ. P. 41(b), an action may be dismissed for failure to prosecute and obey court orders. Here, Plaintiff has neither paid the partial filing fee nor advised the Court of his current address. Plaintiff is, therefore, in violation of Court Orders and the Local Rules.

Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice. The Clerk of Court is directed to close this matter. [JS-6]

IT IS SO ORDERED.

Dated: August 22, 2025

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE